■ ADAM MELZER, Respondent, v. 195 BROADWAY CORP., Respondent. ALAN L. LEVY, Appellant; JASON M. SHULMAN et al., Respondents.— In a negligence action, which culminated in a $25,000 settlement during a new trial ordered by this court (17 A D 2d 656), the trial counsel for plaintiff on the first trial appeals from an order of the Supreme Court, Nassau County, dated February 6, 1963, which denied his motion to fix an attorney's lien, *quantum meruit*, upon the proceeds of such settlement. Order affirmed, with $10 costs and disbursements. Appellant had been retained as trial counsel by plaintiff's attorney of record. Trial counsel is not entitled to a charging lien under section 475 of the Judiciary Law (see *Matter of Sebring*, 238 App. Div. 281, 288 and cases cited therein). Kleinfeld, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERIC M. BAUTS, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered June 15, 1962 after a jury trial, convicting him of abortion, and suspending sentence. Judgment affirmed. · No opinion. (See *People* v. *Buchanan*, 18 A D 2d 1108.) Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WAYNE BUCHANAN, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered June 15, 1962 after a jury trial, convicting him of abortion, and imposing sentence. Judgment affirmed. No opinion. (See *People* v. *Bauts*, 18 A D 2d 1108.) Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.